In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00072-CV


____________________



IN RE SHANE BRADLEY






Original Proceeding






 MEMORANDUM OPINION


 In this mandamus proceeding, Shane Bradley contends the trial court abused its
discretion by not ruling on a motion to dismiss that Bradley filed on or about December 16,
2008, and addressed during hearings conducted on January 8 and February 5, 2009. Bradley
asks this Court to order the trial court to dismiss Bradley from a custody modification suit
concerning members of Bradley's household. The relator has not shown that the trial court
delayed its disposition of Bradley's pre-trial motion for an unreasonable length of time. See
Ex parte Bates, 65 S.W.3d 133, 134-35 (Tex. App.-Amarillo 2001, orig. proceeding)
(discussing factors to consider in evaluating whether the trial court failed to act within a
reasonable time). We deny the petition. 

 PETITION DENIED.

 PER CURIAM

Opinion Delivered February 27, 2009

Before McKeithen, C.J., Gaultney and Horton, JJ.